**HOH SYSTEMS, INC., Plaintiff–Appellant,**

v.

**STRUCTURE GUARD, INC., Defendant–Cross Appellant,**

**and**

**Florida Power and Light Company, Defendant–Appellee.**

Nos. 00–1237, 00–1567.

United States Court of Appeals, Federal Circuit.

Aug. 9, 2001.

Before PAULINE NEWMAN and GAJARSA, Circuit Judges, FRIEDMAN, Senior Circuit Judge.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36